UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA S. MURILLO,<br>CDCR #P-43503,<br><br>                              Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>                              Defendants. | Case No.:  25-CV-823 JLS (MSB)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO SATSIFY THE FILING FEE REQUIREMENT AND FAILURE TO PROSECUTE** |

On April 3, 2025, Plaintiff Mona S. Murillo, a state prisoner proceeding pro se, filed a civil rights complaint ("Compl.," ECF No. 1) pursuant to 42 U.S.C. § 1983 accompanied by a Motion to Proceed *in Forma Pauperis* ("IFP Mot.," ECF No. 2).  On May 5, 2025, the Court denied Plaintiff's IFP Motion because she had sufficient funds in her prison trust account to pay the $405 civil filing fee in full in advance and therefore failed to demonstrate an inability to pay the filing fee.  ECF No. 4.  The Court dismissed the action without prejudice for failure to satisfy the filing fee requirement and provided Plaintiff with leave to pay the filing fee or submit adequate proof of an inability to do so on or before June 4, 2025.  *Id.* at 3.  On June 3, 2025, the Court denied Plaintiff's Motion for reconsideration

1

of that Order.  ECF No. 7.

The Court subsequently extended the time to pay the filing fee until September 4, 2025, and again until November 4, 2025.  ECF Nos. 9, 12.  On January 2, 2026, having not received the filing fee, the Court ordered Plaintiff to show cause no later than February 23, 2026, why the action should not be dismissed without prejudice for failure to satisfy the filing fee requirement and for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and S.D. Cal. CivLR 41.1.  ECF No. 13 at 2–3 (first citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (recognizing the court's discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order); and then citing Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order)).  Plaintiff was instructed that if she failed to respond within the time provided, the Court would enter a final order of dismissal without prejudice.  *Id.* at 3.  As of the date of this Order, Plaintiff has not paid the filing fee and has not responded to the show cause order.

Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** for failure to satisfy the filing fee requirement and for failure to prosecute.  As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  April 14, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-823 JLS (MSB)